# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIE MELONI BEACH, | Case No.:  CV 09-5430 GW (RZx) |
| Plaintiff, | |
| vs. | **ORDER CORRECTING CAPTION** |
| UNITED STATES DEPARTMENT OF AIR FORCE, doing business as "EDWARDS AIR FORCE BASE"; ACE ENGINEERING, INC., AND DOES 1 to 10, INCLUSIVE, | Hon. George H. Wu<br>United States District Judge |
| Defendants. | |

    The Court, having read and considered the parties' Stipulation Correcting Caption, and having considered the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346 and 2671 *et seq.*, hereby orders that the UNITED STATES OF AMERICA shall be substituted in place and instead of the U.S. Department of the Air Force.

1  IT IS HEREBY ORDERED that the caption of this case shall be changed to
2  read as follows:

| | |
|---|---|
| **MARIE MELONI BEACH,** | Case No.: CV 09-5430 GW (RZx) |
| Plaintiff, | |
| vs. | |
| **UNITED STATES OF AMERICA; ACE ENGINEERING, INC.; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

**Dated this 21st day of the month of September, 2009.**

_____

**THE HONORABLE GEORGE H. WU**

**UNITED STATES DISTRICT JUDGE**

/ / /

/ / /

Respectfully submitted by:

RONALD G. GABLER
Calif. Bar No. 57061
    Law Office of Ronald G. Gabler
    16830 Ventura Boulevard, Suite 358
    Encino, California 91436
    (T):  (818) 783-2932
    (E):  ARG1211@aol.com

Attorney for Plaintiff
Marie Meloni Beach


JAMES M. FRASER
Calif. Bar No. 97555
    Law Office of James M. Fraser
    One MacArthur Place, Suite 520
    Santa Ana, California 92707
    (T):  (714) 436-2700
    (E):  james.fraser@chartisinsurance.com

Attorney for Defendant
Ace Engineering, Inc.


GEORGE S. CARDONA
Acting United States Attorney
TERRENCE M. JONES
Assistant United States Attorney
Calif. Bar No. 256603
    300 North Los Angeles Street, Suite 7516
    Los Angeles, California 90012
    (T):  (213) 894-7354
    (E):  terrence.jones@usdoj.gov

Attorneys for Federal Defendant