**MADE JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIE MELONI-BEACH, | Case No:   CV 09-5430 GW (RZx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION** |
| UNITED STATES OF AMERICA; and ACE ENGINEERING, INC., | Hon. George H. Wu<br>United States District Judge |
| Defendants. | |

1  This Court, having read and considered the parties' Stipulation of
2  Compromise Settlement and Release, and finding good cause therefor, hereby
3  orders that this action be dismissed in its entirety, with prejudice, and that each
4  party shall bear their own costs of suit and attorneys' fees.

5  **IT IS SO ORDERED.**

8  **Dated this 2nd day of April 2010.**

*[signature: George H. Wu]*

---

13  **THE HONORABLE GEORGE H. WU**
14  **UNITED STATES DISTRICT JUDGE**

1  Presented by:

2  ANDRÉ BIROTTE JR.
   United States Attorney
3

4
   /s/ *Terrence M. Jones*
5  TERRENCE M. JONES
   Assistant United States Attorney
6
   Attorneys for Defendant
7  United States of America